## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LINDA D. CLARK**                                                                 **PLAINTIFF**

**v.**                                        **No. 4:22-cv-405-DPM**

**JULIO CESAR CABRERA and**
**CALDERON & CABRERA**
**TRUCKING, LLC**                                                         **DEFENDANTS**

### JUDGMENT

The complaint is dismissed with prejudice.  The Court retains jurisdiction until 31 March 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

13 February 2023